MELANIE D. MORGAN ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
        donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                 Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC.<br><br>                 Defendants. | Case No.: 3:17-cv-00699-LRH-VPC<br><br>**PLAINTIFF NATIONSTAR MORTGAGE LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

       Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its undersigned attorney, requests this Honorable Court to allow its undersigned attorney, Donna M. Wittig, Esq., to appear by telephone at the Case Management Conference scheduled for March 2, 2018.

       Donna M. Wittig, states as follows in support of this motion:

       1.      I am a duly licensed attorney admitted to practice in the State of Nevada. I am an associate at Akerman LLP and counsel of record for Nationstar in this matter. I have personal knowledge of the facts and circumstances set forth herein and could and would competently testify to these facts and circumstances in a court of law.

       2.      The Nevada office of Akerman LLP is located in Las Vegas, Nevada.

       3.      I respectfully request the Court allow me to appear telephonically for the telephonic case management conference, scheduled for March 2, 2018.

44218957;1

4. My attendance is required at an all-day, firm-wide meeting on March 2, 2018. Travelling to/from Reno, Nevada, would cause me to miss this valuable training.

5. Alternatively, I may be in trial in the Eighth Judicial District Court on March 2, 2018. Trial begins February 28, 2018. The parties anticipate the trial will conclude on March 1, 2018, but closing arguments may spill over into March 2, 2018.

6. Whether I am in trial or at the firm meeting, I can arrange to appear telephonically at the case management conference. Appearing telephonically will also save time and costs.

For these reasons, the undersigned respectfully requests the Court to allow Nationstar's counsel to appear telephonically at the March 2, 2018, case management conference.

DATED February 27th, 2018.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: February 27, 2018

2

44218957;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 27th day of February, 2018, I caused to be served a true and correct copy of the foregoing **PLAINTIFF NATIONSTAR MORTGAGE LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

| | |
|---|---|
| Thomas E. McGrath, Esq.<br>Christopher Ammon Lund, Esq.<br>Tyson & Mendes LLP<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, Nevada 89123<br>*Attorneys for Curti Ranch Two Maintenance Association, Inc.* | Diana S. Ebron, Esq.<br>Kim Gilbert Ebron<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

*/s/ Carla Llarena*
An employee of AKERMAN LLP

3

44218957;1