**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Curti Ranch Two Maintenance Association, Inc.*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           FEB 28 2018

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC<br><br>Defendants. | Case No. 3:17-cv-00699-LRH-VPC<br><br>**DEFENDANT CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR MARCH 2, 2018 CASE MANAGEMENT CONFERENCE** |

Defendant CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC. ("Defendant"), by and through its counsel of record, hereby submits its request to appear telephonically for the Case Management Conference currently scheduled for March 2, 2018 at 9:30 a.m., because undersigned counsel for Defendant is located in Las Vegas, Nevada.

DATED this 27th day of February 2018.

TYSON & MENDES LLP

*/s/ Christopher A. Lund*
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
Tel: (702) 724-2648
*Attorneys for Defendant Curti Ranch Two Maintenance Association, Inc.*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: February 28, 2018

1

## CERTIFICATE OF SERVICE

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 27th day of February 2018, a copy of the foregoing **DEFENDANT CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR MARCH 2, 2018 CASE MANAGEMENT CONFERENCE** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Melanie D. Morgan, Esq.<br>Email: melanie.morgan@akerman.com<br>Donna M. Wittig, Esq.<br>Email: donna.wittig@akerman.com<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Nationstar Mortgage LLC* | Diana S. Ebron, Esq.<br>Email: diaia@kgelegal.com<br>Jacqueline A. Gilbert, Esq.<br>Email: jackie@kgelegal.com<br>Karen L. Hanks, Esq.<br>Email: karen@kgelegal.com<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

/s/ *Kathryn Savage-Koehm*
An employee of Tyson & Mendes LLP