Howard C. Kim, Esq.
Nevada Bar No. 10386
E-Mail: howard@kgelegal.com
Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         MAR 0 1 2018

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00699-LRH-VPC<br><br>**SFR INVESTMENTS POOL 1, LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

## SFR INVESTMENTS POOL 1, LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through its counsel of record, respectfully requests this honorable Court to allow SFR's undersigned attorney, Howard C. Kim, Esq., to appear by telephone at the Case Management Conference scheduled for March 2, 2018, at 9:30 AM.

Howard C. Kim, Esq. states as follows in support of this Motion:

1.  I am a duly licensed attorney admitted to practice in the State of Nevada. I am a partner at the law firm of KIM GILBERT EBRON and KIM GILBERT EBRON is counsel of record for

- 1 -

SFR in this matter. I have personal knowledge of the facts and circumstances set forth herein and could and would competently testify to these facts and circumstances in a court of law.

2. KIM GILBERT EBRON is located in Las Vegas, Nevada.

3. I respectfully request the Court to allow me to appear telephonically for the case management conference, scheduled for March 2, 2018, at 9:30 AM.

4. Originally, I was planning to appear in person at the case management conference.

5. However, according to the latest weather report by Reno Gazette-Journal, the biggest storm of the year is headed for the Reno, Nevada area this Thursday and Friday.

6. Because of the coming winter storm, the undersigned counsel is afraid that his travel will be delayed or will become impossible, and respectfully moves this Court to allow telephonic appearance.

DATED this __28th__ day of February, 2018.

**KIM GILBERT EBRON**

By: */s/ Howard C. Kim*
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-Mail: howard@kgelegal.com
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: March 1, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on the __28th__ day of February, 2018, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Melanie D. Morgan, Esq.
Donna M. Wittig, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134-6375
E-Mail: melanie.morgan@akerman.com
       donna.wittig@akerman.com
*Attorney for Plaintiff,*
*Nationstar Mortgage LLC*

Thomas E. McGrath, Esq.
Christopher Ammon Lund, Esq.
Tyson & Mendes LLP
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5989
E-Mail: tmcgrath@tysonmendes.com
       clund@tysonmendes.com
*Attorney for Defendant,*
*Curti Ranch Two Maintenance Association, Inc.*

                                                        */s/ Michael L. Sturm*
                                                        MICHAEL L. STURM, an employee of
                                                        KIM GILBERT EBRON