**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00699-LRH-VPC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>AND ORDER THEREON |

SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage, LLC ("Nationstar") stipulate as follows:

1. Nationstar filed its Motion for Summary Judgment [ECF No. 45] on August 27, 2018.
2. SFR's Response to Nationstar's Motion [ECF No. 45] is currently due September 17, 2018.
3. SFR filed its Motion for Summary Judgment [ECF No. 46] on August 27, 2018.
4. Nationstar's Response to SFR's Motion [ECF No. 46] is currently due September 17, 2018.

…

…

…

- 1 -

5. The parties agree to extend the respective Response deadlines to October 2, 2018.

The request is made to allow the parties sufficient time to adequately prepare the Responses. This is the parties' first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

DATED this 17th day of September, 2018.

**KIM GILBERT EBRON**

/s/ Jason G. Martinez
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

/s/ Donna M. Wittig
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Nationstar Mortgage, LLC*

**O R D E R**

IT IS SO ORDERED.

DATED this 17th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE