UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

          Plaintiff,

vs.

CURTI RANCH TWO MAINTENANCE
ASSOCIATION, INC.; SFR INVESTMENTS
POOL 1, LLC,

          Defendants.

Case No.: 3:17-cv-00699-LRH-CBC

**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**AND ORDER THEREON**

SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage, LLC ("Nationstar") stipulate as follows:

1. Nationstar filed its Motion for Summary Judgment [ECF No. 45] on August 27, 2018.

2. SFR filed its Motion for Summary Judgment [ECF No. 46] on August 27, 2018.

3. Pursuant to a stipulation of the between SFR and Nationstar [ECF No. 49 and 50], the parties agreed to extend the respective Response deadlines to October 2, 2018.

4. SFR and Nationstar filed their respective Responses on October 2, 2018 [ECF No. 51 and 52].

5. Nationstar filed its Reply in Support of its Motion for Summary Judgment [ECF No. 54] on October 16, 2018.

6. SFR's Reply in Support of its Motion for Summary Judgment is currently due October

- 1 -

16, 2018.

7. The parties agree that SFR will have until October 23, 2018 to file its Reply in Support of its Motion for Summary Judgment.

The request is made to allow SFR sufficient time to adequately prepare its Reply. This is the SFR's first request for an extension of this deadline, and second request by the parties overall related to the briefing schedule on these Motions, and is not made to cause delay or prejudice to any party.

DATED this 16th day of October, 2018.

**KIM GILBERT EBRON**

/s/ Jason G. Martinez
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

/s/ Donna M. Wittig
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Nationstar Mortgage, LLC*

**O R D E R**

**IT IS SO ORDERD**, *nunc pro tunc*.

DATED this 17th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE