UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NATIONSTAR MORTGAGE LLC, | Case No. 3:17-cv-00699-LRH-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC., | |
| Defendants. | |

On January 31, 2019, the court entered its order regarding the parties' various motions for partial summary judgment and motions for summary judgment (*see* ECF No. 59). Good cause appearing,

IT IS HEREBY ORDERED that the parties shall submit their proposed joint pretrial order pursuant to Local Rules 16-3 and 16-4 within sixty (60) days of the entry of this order.

IT IS SO ORDERED.

DATED this 25th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE