MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC.<br><br>            Defendants. | Case No.: 3:17-cv-00699-LRH-CBC<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff/counterdefendant Nationstar Mortgage LLC, defendant/counterclaimant SFR Investments Pool 1, LLC, and defendant Curti Ranch Two Maintenance Association, Inc., submit the following stipulation regarding the joint pretrial order due April 26, 2019 (ECF No. 62):

On January 30, 2019, the court issued an order resolving a number of motions. (ECF No. 59.) The order denied SFR's motion to dismiss (ECF No. 31), denied Nationstar's motions for summary judgment (ECF Nos. 37, 45), denied SFR's countermotion for Rule 56(f) relief (ECF No. 39), denied SFR's motion for summary judgment (ECF No. 46), finding certain genuine issues of material fact preclude the entry of summary judgment.

. . .

48718514.1

Following this order, SFR filed its answer, counterclaim and cross-claim to plaintiff's complaint (ECF No. 60), to which Nationstar answered (ECF No. 64), and SFR and cross-defendant MERS stipulated to dismissal of SFR's claims against it after MERS filed a notice of disclaimer of interest (ECF Nos. 67, 68).

The court ordered the parties to file their joint pretrial order by April 26, 2019. (ECF No. 62.)

Since then, Nationstar and SFR have engaged in settlement discussions that, if provide fruitful, will resolve all claims between the parties and likely Nationstar's claims against defendant Curti Ranch HOA. For this reason, the parties respectfully request the deadline to file their joint pretrial motion be continued for 60 days, or until **June 24, 2019**. This will allow the parties approximately 30-45 days to continue settlement discussions and, if settlement cannot be reached, 15 days to prepare and file their pretrial order.

DATED April 25th, 2019.

**AKERMAN LLP**

/s/ Donna M. Wittig
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
THERA A. COOPER, ESQ,
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Nationstar Mortgage LLC*

**KIM GILBERT EBRON**

/s/ Diana S. Cline
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**TYSON & MENDES, LLP**

/s/ Thomas E. McGrath
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
CHRISTOPHER A. LUND, ESQ.
Nevada Bar No. 12435
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
*Attorneys for defendant Curti Ranch Two Maintenance Association, Inc.*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 4/26/2019