UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | ) | CASE NO. 3:17-cv-699-LRH-CBC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

This case is currently scheduled for Jury Trial on the stacked calendar of Tuesday, October 8, 2019.

IT IS ORDERED that this case is referred to The Honorable Carla Baldwin Carry for the purpose of conducting a settlement conference.

DATED this _5th_ day of August, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE