**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Curti Ranch Two Maintenance Association, Inc.*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC<br><br>Defendants. | Case No. 3:17-cv-00699-LRH-CBC<br><br>**DEFENDANT CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.'S MOTION FOR LEAVE REQUESTING TELEPHONIC APPEARANCE FOR INSURANCE REPRESENTATIVE AT SEPTEMBER 9, 2019 SETTLEMENT CONFERENCE** |

Defendant CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC. ("Curti Ranch"), by and through counsel, the law firm Tyson & Mendes LLP, hereby submits its Motion for Leave Requesting Telephonic Appearance ("Motion") as follows:

The sole remaining cause of action asserted against Curti Ranch is for quiet title/declaratory judgment. As the homeowner association, Curti Ranch does not claim any interest in the property at issue, 480 Cicada Court, Reno, Nevada (the "Property"). Furthermore, Curti Ranch takes no position on the legal effects of the foreclosure sale at issue with regard to Plaintiff Nationstar's first deed of trust, as the foreclosure sale was made without warranty.

Thus, Curti Ranch is, in essence, a disinterested party with regard to the equitable relief sought by the other parties. Regardless, Counsel for Curti Ranch, Christopher A. Lund, will appear in person at the Settlement Conference in Reno, Nevada with settlement authority.

In addition, Curti Ranch's insurance representative from American Family Insurance Company resides and works in Phoenix, Arizona. If allowed by the Court, the insurance

1

representative, *with full settlement authority*, would be able to attend the whole settlement conference telephonically.

Therefore, Counsel respectfully requests permission for Curti Ranch's insurance representative to appear telephonically for the September 9, 2019 Settlement Conference.

DATED this 21st day of August 2019.

                                                  TYSON & MENDES LLP

*/s/ Christopher A. Lund*
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
*Attorneys for Defendant Curti Ranch Two Maintenance Association, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 8/22/2019

## CERTIFICATE OF SERVICE

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 21st day of August 2019, a copy of the foregoing **DEFENDANT CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.'S MOTION FOR LEAVE REQUESTING TELEPHONIC APPEARANCE FOR INSURANCE REPRESENTATIVE AT SEPTEMBER 9, 2019 SETTLEMENT CONFERENCE**, was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Melanie D. Morgan, Esq.
Email: melanie.morgan@akerman.com
Donna M. Wittig, Esq.
Email: donna.wittig@akerman.com
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV  89134
*Attorneys for Plaintiff Nationstar Mortgage LLC*

Diana S. Ebron, Esq.
Email: diaia@kgelegal.com
Jacqueline A. Gilbert, Esq.
Email: jackie@kgelegal.com
Karen L. Hanks, Esq.
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV  89139
*Attorneys for SFR Investments Pool 1, LLC*

/s/ *Kathryn Savage-Koehm*
An employee of Tyson & Mendes LLP