**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC <br><br> Defendants. | Case No. 3:17-cv-00699-LRH-CBC <br><br> **DEFENDANT CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CALENDAR CALL** <br><br> **AND ORDER THEREON** |

Defendant, Curti Ranch Two Maintenance Association, Inc. ("Curti Ranch"), by and through counsel, the law firm Tyson & Mendes LLP, hereby submits this request to appear telephonically for the Calendar Call scheduled for September 26, 2019 at 8:30 a.m. in Reno, Nevada before the Honorable Larry Hicks. Already scheduled in the same case before U.S. Magistrate Judge Carla Baldwin Carry is a telephonic status conference at 9:00 a.m. on the same day (September 26, 2019).

Undersigned counsel for Curti Ranch is located in Las Vegas, Nevada. It appears all parties will be appearing in person the following week for a settlement conference in this case on October 3, 2019. Thus, an appearance by telephone for the September 26th Calendar Call will save considerable legal fees and costs.

///

///

///

1

Therefore, counsel for Curti Ranch respectfully requests to appear by telephone.

DATED this 20th day of September 2019.

                                          TYSON & MENDES LLP

                                          */s/ Christopher A. Lund*
                                          THOMAS E. MCGRATH
                                          Nevada Bar No. 7086
                                          CHRISTOPHER A. LUND
                                          Nevada Bar No. 12435
                                          *Attorneys for Defendant Curti Ranch Two*
                                          *Maintenance Association, Inc.*

**IT IS SO ORDERED.**

DATED this 24th day of September, 2019.

                                          _____
                                          LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE