UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 3:17-cv-00699-LRH-CBC |
| Plaintiff, | ORDER |
| v. | |
| CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | |

On September 25, 2019, Nationstar Mortgage LLC ("Nationstar"), filed a motion to reconsider (ECF No. 105) the court's prior Order denying Nationstar's motion for summary judgment (ECF No. 59). The court has reviewed Nationstar's motion and finds that it raises a question for the court to review. Therefore, response briefing from defendants Curti Ranch Two Maintenance Association Inc. ("Curti Ranch"), and/ or SFR Investments Pool 1, LLC ("SFR") is warranted.

IT IS THEREFORE ORDERED that defendants Curti Ranch and SFR have **15 days** from the date of this Order to file a response to Nationstar's motion.

IT IS FURTHER ORDERED that following defendants' response, Nationstar will have **3 days** to file a reply.

IT IS SO ORDERED.

DATED this 26th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1