**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC.<br><br>      Defendants. | Case No.: 3:17-cv-00699-LRH-CBC<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES REGARDING SFR INVESTMENTS POOL 1, LLC'S SUPPLEMENTAL TRIAL BRIEF, ECF No. 130** |
| AND RELATED COUNTERCLAIMS. | |

SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage, LLC ("Nationstar") stipulate as follows:

1. At trial in this matter on October 22, 2019, the Court requested additional briefing in response to SFR's supplemental trial brief relating to the election of remedies argument it asserts;

2. Nationstar's response is currently due November 5, 2019, and SFR's reply is currently due November 12, 2019;

3. The parties stipulate and agree, subject to the Court's approval, to extend Nationstar's response deadline to **November 8, 2019**, and SFR's reply deadline to **December 5, 2019**.

. . .

. . .

1

4. The parties make this request in good faith and not for the purpose of any delay.

5. This is the parties' first request for an extension of these deadlines.

DATED November 2nd, 2019.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

DATED this 4th day of November, 2019

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2