**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC.<br><br>      Defendants. | Case No.: 3:17-cv-00699-LRH-CLB<br><br>**STIPULATION FOR DISMISSAL OF CURTI RANCH TWO MAINTENANCE ASSOCIATION, INC.**<br><br>**AND ORDER THEREON** |
| AND RELATED COUNTERCLAIMS. | |

…

…

…

…

…

…

…

…

1

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff-Counterdefendant-Nationstar Mortgage LLC (**Nationstar**) and Defendant Curti Ranch Two Maintenance Association, Inc. (**Curti**), by and through their respective counsel of record, jointly move to dismiss Nationstar's claims against Curti, with prejudice, subject to the confidential terms of the settlement agreement between them.

Each party to the stipulation to bear its own fees and costs.

DATED April 3rd, 2020.

| **AKERMAN LLP** | **TYSON & MENDES LLP** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Christopher A. Lund* |
| MELANIE D. MORGAN, ESQ. | THOMAS E. MCGRATH, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7086 |
| DONNA M. WITTIG, ESQ. | CHRISTOPHER A. LUND, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 12435 |
| 1635 Village Center Circle, Suite 200 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89169 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Curti Ranch Two Maintenance Association, Inc.* |

**IT IS SO ORDERED.**

DATED this 8th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE